IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                          CRIMINAL 07-0301CCC

1) GABRIEL HERNANDEZ-AYALA, a/k/a Gabi
**2) HECTOR MIGUEL RIVERA**, a/k/a
Chupi
3) LUIS CHAYANE VAQUERO-AYALA, a/k/a
Chayane

Defendants

## O R D E R

Having considered the Report and Recommendation filed on June 17, 2011 (**docket
entry 278**) on a Rule 11 proceeding of co-defendant Héctor Miguel Rivera held before
U.S. Magistrate Judge Marcos E. López on June 15, 2011, to which no opposition has been
filed, the same is APPROVED.  Accordingly, the plea of guilty of co-defendant Héctor Miguel
Rivera is accepted.  The Court FINDS that his plea was voluntary and intelligently entered
with awareness of his rights and the consequences of pleading guilty and contains all
elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence
Investigation Report since June 15, 2011.  The **sentencing hearing is set for
September 29, 2011 at 4:15 PM.**

SO ORDERED.

At San Juan, Puerto Rico, on June 28, 2011.


S/CARMEN CONSUELO CEREZO
United States District Judge